## GONCE *v.* GARCÍA.

APPEAL in cassation from the District Court of Mayagüez.

No. 39.—Decided February 13, 1903.

APPEALS.—NECESSARY REQUISITES.—In an appeal in cassation for violation of law, not only the articles that are supposed to have been violated must be cited, but also the article and paragraph of the Law of Civil Procedure upon which the appeal is based.

STATEMENT OF THE CASE.

The declaratory order of April 30th and May 9, 1902, from which this appeal is taken, in that portion thereof which disposes of the case, says as follows: "We adjudge, that we should declare and do declare the intestate heirs of the deceased Don José García Gonce to be his nephews Joaquín Ramón, Francisco, José Acisclo and Pedro García y Tirado; José Mateo J., and Doña Juana Francisca García de Quevedo y García, and Doña Ursula García Acevedo, as well as Don José Heriberto A. García de Quevedo y García in such proportion as they are entitled to inherit by right of succession as children of deceased's brothers; his widow, Doña Clara Sierra, being declared to be entitled to one half of the estate in usufruct. The claims of the other pretenders to the inheritance are denied, and they may exercise their rights in such a manner as they may deem proper." On motion made by one of the parties an explanation of the above order was made setting out that the declaration of heirs of the deceased is understood to be in favor of the nephews herein mentioned, each being entitled to an equal share, because they appear alone, and not with their uncles, in which latter case only would representation have been proper. The Fiscal contested the appeal in writing. The hearing was had in the Supreme Court without the appearance of the parties or of counsel representing them.

*Messrs. Palmer* and *Rodriguez Cebollero*, for apellant.

*Mr. López Landrón*, for respondent.

deros del finado se entienda á favor de los sobrinos aquí mencionados, por partes iguales, por concurrir sólos, y no con sus tíos, en cuyo último caso era que procedía la representación.

*Resultando:* que el Fiscal impugnó por escrito el recurso.

*Resultando:* que el acto de la vista en esta Corte Suprema tuvo lugar sin la asistencia de las partes, ni de los abogados, representantes de las mismas.

Abogados del recurrente: *Sres. Palmer* y *Rodríguez Cebollero.*

Abogado del recurrido: *Sr. López Landrón.*

MR. JUSTICE MACLEARY, after making the foregoing statement of facts, delivered the following opinion of the Court:

In this appeal in cassation for violation of law not only should the articles which are alleged to have been violated be cited, but also the article and paragraph of the law or procedure upon which the said appeal is based, and as this requirement is not complied with the appeal is without the requisites necessary in order that the same may be considered and decided, according to Article 1690 of the Law of Civil Procedure, which is applicable to this case, and the established jurisprudence applicable thereto. We adjudge that we should declare and we do declare that the appeal in cassation for violation of law, taken in the intestate proceedings prosecuted by Pedro Regalado Gonce to determine the heirs of Don José García Gonce, cannot be decided, and the costs are taxed against the appellant. The record which was sent up on appeal will accordingly be returned to the District Court of Mayaguez, together with a certified copy of this decision for compliance therewith.

Mr. Chief Justice Quiñones and Associate Justices Hernández, Figueras and Sulzbacher concurred in the foregoing opinion.